IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Tech. Fiber IP (Singapore) PTE. Ltd., | NO. C 10-02863 JW |
|       Plaintiff, | **ORDER VACATING INTERIM CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Iptronics Inc., et al., | |
|       Defendants. | |

This case is scheduled for an Interim Case Management Conference on March 7, 2011. On February 25, 2011, the parties submitted a Joint Case Management Statement for Interim Conference. (See Docket Item No. 36.) In their Joint Statement, the parties indicate that they do not foresee any issues in complying with the Court's schedule, which set a Case Tutorial and Claim Construction Hearing on May 6, 2011 and that they anticipate filing an administrative request for additional time pursuant to Civil Local Rule 7-11 for the tutorial and claim construction presentations. (See id.) Upon review of the parties' statement, the Court finds a conference unnecessary at this time.

Accordingly, the Court VACATES the March 7 Case Management Conference. The Court will set a date for a further Case Management Conference in its Order following the Claim Construction Proceedings.

In addition, upon review of the patents-in-suit, the Court GRANTS the parties' request for an additional fifteen minutes each to present their tutorials and an additional thirty minutes each for their claim construction presentation.[1]

Dated: March 2, 2011

JAMES WARE
United States District Chief Judge

---

[1] In light of this Order, the Court finds that an administrative request for additional time pursuant to Civil L.R. 7-11 is unnecessary.

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ary Chang achang@foley.com
Dana Johannes Finberg dfinberg@sonnenschein.com
Gina Ann Bibby gbibby@foley.com
Jerold I. Schneider jerold.schneider@novakdruce.com
Jimmy M. Shin james.shin@snrdenton.com
John C. Vetter jvetter@foley.com
Richard Allan Horning rhorning@sonnenschein.com
Robert F. Kramer rob.kramer@novakdruce.com
Stephanie Renee Wood stephanie.wood@novakdruce.com

**Dated: March 2, 2011**                                  **Richard W. Wieking, Clerk**

                                                 **By:    /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California