IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Tech. Fiber IP (Singapore) PTE. Ltd., | NO. C 10-02863 JW |
| Plaintiff, v. | **ORDER DENYING DEFENDANTS' MOTION TO STAY; DENYING PLAINTIFF'S MOTION TO EXPEDITE BRIEFING AND TO STRIKE AS MOOT** |
| Iptronics, Inc., et al., | |
| Defendants. | |

Presently before the Court are Defendants' Administrative Motion to Stay Discovery and Claim Construction Proceedings[1] and Plaintiff's Emergency Motion for Expedited Briefing and Hearing and Motion to Strike Defendants' Administrative Motion.[2]

Upon review, the Court finds that a stay is premature at this time. Defendants have merely filed a request for reexamination with the Patent and Trademark Office and there is no indication that the PTO has granted Defendants' request. Further, in the event that the PTO were to grant Defendants' request, the proper Motion before this Court would be one to shorten time pursuant to Civil Local Rule 6-3 for the hearing on Defendants' Motion to Stay the Case currently set for June 27, 2011.

---

[1] (hereafter, "Defendants' Motion," Docket Item No. 45.)

[2] (hereafter, "Plaintiff's Motion," Docket Item No. 52.)

Accordingly, the Court DENIES Defendants' Administrative Motion to Stay. In light of this disposition, Plaintiff's Motion to Expedite and to Strike is DENIED as moot.

Dated: March 15, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ary Chang achang@foley.com
Cynthia Jo Franecki cfranecki@foley.com
Dana Johannes Finberg dfinberg@sonnenschein.com
Gina Ann Bibby gbibby@foley.com
Imran A. Khaliq imran.khaliq@snrdenton.com
Jerold I. Schneider jerold.schneider@novakdruce.com
Jimmy M. Shin james.shin@snrdenton.com
John C. Vetter jvetter@foley.com
Matthew Peter Larson matthew.larson@snrdenton.com
Richard Allan Horning rhorning@sonnenschein.com
Richard S. Florsheim rflorsheim@foley.com
Robert F. Kramer rob.kramer@novakdruce.com
Stephanie Renee Wood stephanie.wood@novakdruce.com

**Dated: March 15, 2011**              **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**