1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., | Case No.:  5:10-CV-02863 JW (PSG) |
| Plaintiff, | [~~PROPOSED~~] **ORDER PERMITTING CHANGE IN COUNSEL FOR PLAINTIFF** |
| v. | |
| IPTRONICS, INC. and IPTRONICS A/S, | |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   The Court hereby permits the law firm Novak Druce + Quigg LLP to withdraw as counsel for

2   Plaintiff Avago Technologies Fiber IP (Singapore) Pte. Ltd.   The law firm of Foley & Lardner LLP

3   continues to serve as Plaintiff's counsel.

4   IT IS SO ORDERED.

5

6   Dated:  March ___15___, 2011

7   _____
    Honorable James Ware
    U.S. District Court Chief Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28