UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>IPTRONICS, INC. and IPTRONICS A/S,<br><br>Defendants. | Case No. 5:10-CV-02863-EJD (PSG)<br><br>[PROPOSED] ORDER GRANTING IPTRONICS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

IPtronics lodged with the Court the following documents containing confidential information belonging to the Avago Licensees and Avago Technologies Fiber IP (Singapore) Ptd. Ltd in connection with its Opposition to Avago Licensees' Motion to Intervene.:

    1.    An unredacted version of IPtronics's Opposition to the Avago Licensees' Motion to Intervene, and

    2.    An unredacted version of the Larson Declaration in support of IPtronics's Opposition to the Avago Licensees' Motion to Intervene and Exhibits thereto.

Having considered the IPtronics, Inc.'s and IPtronics A/S's Administrative Motion, the Larson Declaration made pursuant to Civil Local Rule 79-5(d) in support of sealing the Declaration of Matthew P. Larson and IPtronics's Opposition, and good cause appearing therefore, the motion is GRANTED and the Clerk of the Court is directed to allow (1) Paragraphs 7 and 8 and Exhibits F, G, H, I and L of the Declaration of Matthew P. Larson in support of IPtronics's Opposition to the Avago Licensees' Motion to Intervene to be filed under seal; and (2) Paragraphs 3-6, 9-11, 14 and 15 of IPtronics's Opposition to the Avago Licensees' Motion to Intervene to be filed under seal.

**IT IS SO ORDERED.**

Dated: _ June 17, 2011 _____

_____
Hon. Edward J. Davila
United States District Judge

-1-