**DENIED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> IPTRONICS, INC. and IPTRONICS A/S, <br><br> Defendants. | Case No. 5:10-CV-02863-EJD (PSG) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME PURSUANT TO CIVIL LOCAL RULE 6-3** |

1  Pursuant to Civil Local Rule 6-3, the Court hereby GRANTS Plaintiff Avago Technologies Fiber IP (Singapore) Pte. Ltd.'s ("Avago Fiber IP") and Plaintiff-Intervenors Avago Technologies U.S. Inc.'s, Avago Technologies General IP's, Avago Technologies International Sales Pte. Ltd.'s, and Avago Technologies Trading Ltd.'s (collectively "Avago Licensees"; together with Avago Fiber IP, "Plaintiffs") Motion To Shorten Time, as follows:

  1. The Hearing on the Motion by Plaintiffs for Leave to File an Amended Complaint shall be scheduled for July 1, 2011 at 9:00 a.m., or as soon after as the Court is available on _____ _____, 2011 at ___:___ ___.m.

  2. Pursuant to the expedited briefing schedule, defendants IPtronics, Inc. and IPtronics A/S are hereby required to submit their opposition by June 24, 2011. Plaintiffs are hereby required to submit their reply to the opposition by June 28, 2011.

  **IT IS SO ORDERED**

Counsel shall be prepared to discuss the scheduling of this matter at the Case Management Conference on **July 1, 2011**. This amended order supersedes Docket Item No. 116.

Dated: June 22, 2011

Honorable Edward J. Davila
U.S. District Court Judge