**IT IS SO ORDERED**

Judge Edward J. Davila

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> IPTRONICS, INC. and IPTRONICS A/S, <br><br> Defendants. | Case No.: 5:10-CV-02863-EJD (PSG) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE UNREDACTED VERSION OF THE MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT; AND THE CONFIDENTIAL HIGHLIGHTED VERSION OF THE SECOND AMENDED COMPLAINT** |

1  As set forth in Plaintiff Avago Technologies Fiber IP (Singapore) Pte. Ltd. ("Avago Fiber
2  IP") and Plaintiff-Intervenors Avago Technologies U.S. Inc. ("Avago US"), Avago Technologies
3  General IP ("Avago General IP"), Avago Technologies International Sales Pte. Ltd. ("Avago
4  Sales"), and Avago Technologies Trading Ltd. ("Avago Trading") (collectively "Avago
5  Licensees"; together with Avago Fiber IP, "Plaintiffs"), pursuant to Civil Local Rules 7-11 and
6  79-5, its Motion for Leave to File a Second Amended Complaint, and the Confidential
7  Highlighted Version of the Second Amended Complaint, Plaintiff lodged with the Court the
8  following documents containing "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY"
9  belonging to Plaintiffs and Defendants IPtronics, Inc. and IPtronics A/S ("IPtronics"):

10  1.  The unredacted version of the Motion for Leave to File an Amended Complaint,
11  which is Exhibit A to the Declaration of Ary Chang ("Chang Declaration") in support of
12  Plaintiffs' Motion for Leave to File an Amended Complaint;

13  2.  The Confidential Highlighted Version of the Second Amended Complaint;

14  3.  Exhibits F, G, and H to the Chang Declaration.

15  Having considered Avago's Administrative Motion to File Under Seal, and the Chang
16  Declaration in support thereof, and good cause appearing therefor,

17  **IT IS HEREBY ORDERED** that (1) the unredacted version of the Motion for Leave to
18  File an Amended Complaint, which is Exhibit A to the Chang Declaration; (2) the Confidential
19  Highlighted Version of the Second Amended Complaint; and (3) Exhibits F, G, and H to the
20  Chang Declaration are to be FILED UNDER SEAL.

Dated: _____June 27_____, 2011

_____
Honorable Edward J. Davila
U.S. District Court Judge