IT IS SO ORDERED

Judge Edward J. Davila

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>IPTRONICS, INC. and IPTRONICS A/S,<br><br>Defendants. | Case No.: 5:10-CV-02863-EJD (PSG)<br><br>**[PROPOSED] ORDER GRANTING THE AVAGO LICENSEES' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE UNREDACTED VERSION OF THE REPLY BRIEF IN SUPPORT OF THE MOTION TO INTERVENE [D.I. 86]** |

As set forth in Plaintiff-Intervenors Avago Technologies U.S. Inc.'s ("Avago US"), Avago Technologies General IP's ("Avago General IP"), Avago Technologies International Sales Pte. Ltd.'s ("Avago Sales"), and Avago Technologies Trading Ltd.'s ("Avago Trading") (collectively "Avago Licensees") Administrative Motion to File Under Seal, pursuant to Civil Local Rules 7-11, and the Declaration of Gina A. Bibby ("Bibby Declaration") in support thereof, the Avago Licensees lodged with the Court the following document containing "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY" belonging to the Avago Licensees: the unredacted version of the Avago Licensees' Reply Brief in support of the Motion to Intervene.

Having considered the Avago Licensees' Administrative Motion to File Under Seal, and the Bibby Declaration in support thereof, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the unredacted version of the Avago Licensees' Reply Brief in support of the Motion to Intervene is to be FILED UNDER SEAL.

Dated:     June 27    , 2011

_____
Honorable Edward J. Davila
U.S. District Court Judge