1  Gina A. Bibby (State Bar No. 242657)
   **FOLEY & LARDNER LLP**
2  EMAIL: GBIBBY@FOLEY.COM
   975 Page Mill Road
3  Palo Alto, CA  94304-1013
   Telephone: (650) 856-3700
4  Facsimile:  (650) 856-3710

5  Ary Chang (State Bar No. 244247)
   **FOLEY & LARDNER LLP**
   EMAIL: ACHANG@FOLEY.COM
6  3579 Valley Centre Drive, Suite 300
   San Diego, CA  92130-3302
7  Telephone: (858) 847-6700
   Facsimile:  (858) 792-6773
8
   John C. Vetter (Admitted *Pro Hac Vice*)        Richard S. Florsheim (Admitted *Pro Hac Vice*)
9  **FOLEY & LARDNER LLP**                          Cynthia J. Franecki (Admitted *Pro Hac Vice*)
   EMAIL: JVETTER@FOLEY.COM                         **FOLEY & LARDNER LLP**
10 One South Biscayne                               EMAIL: RFLORSHEIM@FOLEY.COM
   Boulevard, Suite 1900                            EMAIL: CFRANECKI@FOLEY.COM
11 Miami, FL  33151                                 777 E Wisconsin Avenue
   Telephone: (305) 382-8424                        Milwaukee, WI  53202-5306
12 Facsimile:  (305) 482-8600                       Telephone: (414) 271-2400
                                                    Facsimile:  (414) 297-4900
13 Attorneys for Plaintiffs
   AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD.
14
   Richard Allan Horning (State Bar No. 54349)
15 EMAIL:  RICHARD.HORNING@SNRDENTON.COM
   Dana J. Finberg (State Bar No. 257459)
16 EMAIL:  DANA.FINBERG@SNRDENTON.COM
   Jimmy M. Shin (State Bar No. 200161)
17 EMAIL:  JAMES.SHIN@SNRDENTON.COM
   Imran A. Khaliq (State Bar No. 232607)
18 EMAIL: IMRAN.KHALIQ@SNRDENTON.COM
   Matthew P. Larson (State Bar No. 266936)
19 EMAIL:  MATTHEW.LARSON@SNRDENTON.COM
   **SNR DENTON US LLP**
20 1530 Page Mill Road, Suite 200
   Palo Alto, CA 94304-1125
21 Telephone:  (650) 798-0300
   Facsimile:  (650) 798-0310
22 Attorneys for Defendants
   IPTRONICS, INC. AND IPTRONICS A/S

23                          **UNITED STATES DISTRICT COURT**
24                         **NORTHERN DISTRICT OF CALIFORNIA**
                                   **SAN JOSE DIVISION**

25  AVAGO TECHNOLOGIES FIBER IP           | Case No.:  5:10-CV-02863-EJD (PSG)
    (SINGAPORE) PTE. LTD.,                |
26                                        | **JOINT STIPULATION AND [PROPOSED]**
              Plaintiff,                  | **ORDER] TO REMOVE AND SUBSTITUTE**
27       v.                               | **DOCUMENTS**
    IPTRONICS, INC. and IPTRONICS A/S,    |
28            Defendants.                 | Judge:  Hon. Edward J. Davila

1.     On July 1, 2011, the Court held a brief conference with lead counsel concerning electronically filed documents in this matter.

2.     Pursuant to that conference, Plaintiff Avago Technologies Fiber IP (Singapore) PTE. Ltd. ("Avago") respectfully requests that the document corresponding to Document Item No. 87-2 (Declaration of Sharon Hall [Redacted Public Version]) be permanently removed from ECF and substituted with a corresponding public version copy of the document.

3.     Avago also respectfully requests that the document corresponding to Document Item No. 104 (Notice of Motion and Motion for Leave to File a Second Amended Complaint; Memorandum of Points & Authorities in Support Thereof [Public Version – Redacted]) be permanently removed from ECF and substituted with a corresponding public version copy of the document.

4.     Avago also respectfully requests that the document corresponding to Document Item No. 105-1 (Second Amended Complaint [Public Version – Redacted]) be permanently removed from ECF and substituted with a corresponding public version of the document.

5.     Avago further respectfully requests that the document corresponding to Document Item No. 112 (Avago Technologies US, Inc.'s, Avago Technologies General IP's, Avago Technologies International Sales PTE. Ltd.'s, and Avago Technologies Trading Ltd.'s Reply in Support of Their Motion to Intervene as Co-Plaintiffs Pursuant to Fed. R. Civ. P. 24(a) and 24(b) [Public Version – Redacted]) be permanently removed from ECF and substituted with a corresponding public version of the document.

6.     Defendants IPtronics, Inc. and IPtronics A/S (collectively "IPtronics") respectfully requests that the document corresponding to Document Item No. 101 (IPtronics' [Redacted] Opposition to the Third Party Avago Licensees' Motion to Intervene as Co-Plaintiffs Pursuant to Federal Rules 24(a) and 24(b)) be permanently removed from ECF and substituted with a corresponding public version of the document.

7.     IPtronics also respectfully requests that the document corresponding to Document Item No. 102 ([Redacted] Declaration of Matthew P. Larson in Support of Defendants IPtronics,

1  Inc.'s and IPtronics A/S's Opposition to the Third Party Avago Licensees' Motion to Intervene as
2  Co-Plaintiffs Pursuant to Federal Rules 24(a) and 24(b)) be permanently removed from ECF and
3  substituted with a corresponding public version of the document.

4      8.    The parties agree that there would be no prejudice to Defendants or Plaintiff in the
5  removal and substitution of the aforementioned documents.

6      9.    Accordingly, as stipulated by the parties below, subject to the approval of this
7  Court:

8      a.    The document corresponding to Document Item No. 87-2 be permanently removed
9  from ECF and, in accordance with further instruction from the Court, substituted with a
10 corresponding public version copy of the document;

11     b.    The document corresponding to Document Item No. 104 be permanently removed
12 from ECF and, in accordance with further instruction from the Court, substituted with a
13 corresponding public version copy of the document;

14     c.    The document corresponding to Document Item No. 105-1 be permanently removed
15 from ECF and, in accordance with further instruction from the Court, substituted with a
16 corresponding public version of the document;

17     d.    The document corresponding Document Item No. 112 be permanently removed
18 from ECF and, in accordance with further instruction from the Court, substituted with a
19 corresponding public version of the document;

20     e.    The document corresponding Document Item No. 101 be permanently removed
21 from ECF and, in accordance with further instruction from the Court, substituted with a
22 corresponding public version of the document; and

23     f.    The document corresponding Document Item No. 102 be permanently removed
24 from ECF and, in accordance with further instruction from the Court, substituted with a
25 corresponding public version of the document.

26 ///
27 ///
28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
2  On or before July 13, 2011, the parties shall file their properly redacted versions of the requested documents. This document also terminates Motion for Administrative Relief (Docket Item no. 125)
3  Dated: ____July 11____, 2011.    _____
                                     Honorable Edward J. Davila
4                                    United States District Judge

5  Submitted by:

6

7  Dated: July 8, 2011              FOLEY & LARDNER LLP

8                                   By: ___/s/ John C. Vetter___
                                        John C. Vetter
9                                       Richard S. Florsheim
                                        Cynthia J. Franecki
10                                      Gina A. Bibby
                                        Ary Chang
11                                      ATTORNEYS FOR PLAINTIFF
                                        AVAGO TECHNOLOGIES FIBER IP
12                                      (SINGAPORE) PTE. LTD.

13 Dated: July 8, 2011              SNR DENTON US LLP

14                                  By: ___/s/ Richard A. Horning___
                                        Richard Allan Horning
15                                      Dana J. Finberg
                                        Jimmy M. Shin
16                                      Imran Khaliq
                                        Matthew P. Larson
17                                      ATTORNEYS FOR DEFENDANTS IPTRONICS,
                                        INC. AND IPTRONICS A/S
18

19

20

21

22

23

24

25

26

27

28

**Certificate of Concurrence**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants, IPtronics, Inc. and IPtronics A/S.

Dated: July 8, 2011                     FOLEY & LARDNER LLP

                                        By:  */s/ Ary Chang*
                                             Ary Chang
                                             ATTORNEYS FOR PLAINTIFF
                                             AVAGO TECHNOLOGIES FIBER IP
                                             (SINGAPORE) PTE. LTD.