John C. Vetter (Admitted *Pro Hac Vice*)
**FOLEY & LARDNER LLP**
EMAIL: JVETTER@FOLEY.COM
One South Biscayne Boulevard, Suite 1900
Miami, FL 33151
Telephone: (305) 382-8424
Facsimile: (305) 482-8600

Gina A. Bibby (State Bar No. 242657)
**FOLEY & LARDNER LLP**
EMAIL: GBIBBY@FOLEY.COM
975 Page Mill Road
Palo Alto, CA 94304-1013
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Ary Chang (State Bar No. 244247)
**FOLEY & LARDNER LLP**
EMAIL: ACHANG@FOLEY.COM
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 847-6732
Facsimile: (858) 792-6773

Richard S. Florsheim (Admitted *Pro Hac Vice*)
Cynthia J. Franecki (Admitted *Pro Hac Vice*)
**FOLEY & LARDNER LLP**
EMAIL: RFLORSHEIM@FOLEY.COM
EMAIL: CFRANECKI@FOLEY.COM
777 E Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: (414) 271-2400
Facsimile: (414) 297-4900

Attorneys for Plaintiffs
AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD.

Richard Allan Horning (State Bar No. 54349)
EMAIL: RICHARD.HORNING@SNRDENTON.COM
Dana J. Finberg (State Bar No. 257459)
EMAIL: DANA.FINBERG@SNRDENTON.COM
Imran A. Khaliq (State Bar No. 232607)
EMAIL: IMRAN.KHALIQ@SNRDENTON.COM
Matthew P. Larson (State Bar No. 266936)
EMAIL: MATTHEW.LARSON@SNRDENTON.COM
**SNR DENTON US LLP**
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0300
Facsimile: (650) 798-0310
Attorneys for Defendants
IPTRONICS, INC. AND IPTRONICS A/S

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., <br><br>Plaintiff, <br><br>v. <br><br>IPTRONICS, INC. and IPTRONICS A/S, <br><br>Defendants. | Case No.: 5:10-CV-02863-EJD (PSG) <br><br>**STIPULATION AND [PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER (D.I. 77), PURSUANT TO CIVIL LOCAL RULE 7-12** <br><br>Magistrate Judge: Honorable Paul S. Grewal |

1   IT IS HEREBY STIPULATED by and among Plaintiff Avago Technologies Fiber IP (Singapore) Pte. Ltd., Defendants IPtronics, Inc. and IPtronics A/S, and Third Party Reflex Photonics, Inc.("Reflex Photonics"), by and through their counsel of record as follows:

Section 7.1, second paragraph, first sentence of the Stipulated Protective Order (D.I. 77) at lines 17-22, shall not apply to any Protected Material, as defined therein by Section 2.16, that is produced, or reflected in testimony, by Reflex Photonics.  All other provisions of the Stipulated Protective Order (D.I. 77) shall remain in effect.

NOW, THEREFORE, pursuant to Civil Local Rule 7-12, the undersigned parties hereby stipulate and respectfully request the Court order as follows:

Section 7.1, second paragraph, first sentence of the Stipulated Protective Order (D.I. 77) at lines 17-22, shall not apply to any Protected Material, as defined therein by Section 2.16, that is produced, or reflected in testimony, by Reflex Photonics.  All other provisions of the Stipulated Protective Order (D.I. 77) shall remain in effect.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January ~~10,~~ 18 2012

_____
Honorable Paul S. Grewal
United States Magistrate Judge


Respectfully submitted

Foley & Lardner LLP

Dated: January 10, 2012

By:   */s/ John C. Vetter*
John C. Vetter
Gina A. Bibby
ATTORNEYS FOR PLAINTIFF
AVAGO TECHNOLOGIES FIBER IP
(SINGAPORE) PTE. LTD.

|   |   |   |
|---|---|---|
| | | SNR Denton LLP |
| Dated: January 10, 2012 | | By: */s/ Matthew P. Larson* <br> Richard Allan Horning <br> Dana J. Finberg <br> Imran A. Khaliq <br> Matthew P. Larson <br> ATTORNEYS FOR DEFENDANTS <br> IPTRONICS, INC. AND IPTRONICS A/S |
| | | DLA Piper LLP (US) |
| Dated: January 10, 2012 | | By: */s/ Rajiv Dharnidharka* <br> Alan Limbach <br> Rajiv Dharnidharka <br> ATTORNEYS FOR THIRD PARTY <br> REFLEX PHOTONICS, INC. |

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for IPtronics, Inc. and IPtronics A/S, Matthew P. Larson, and counsel for Reflex Photonics, Inc., Rajiv Dharnidharka.

Dated: January 10, 2012                     Foley & Lardner LLP

By:  */s/ Gina A. Bibby*
Gina A. Bibby
Attorneys for Plaintiff Avago Technologies Fiber IP (Singapore) Pte. Ltd.