1  Richard Allan Horning (State Bar No. 54349)
   EMAIL: RICHARD.HORNING@SNRDENTON.COM
2  Dana J. Finberg (State Bar No. 257459)
   EMAIL: DANA.FINBERG@SNRDENTON.COM
3  Arthur S. Beeman (State Bar No. 237996)
   EMAIL: ARTHUR.BEEMAN@SNRDENTON.COM
4  Imran A. Khaliq (State Bar No. 232607)
   EMAIL: IMRAN.KHALIQ@SNRDENTON.COM
5  **SNR DENTON US LLP**
   1530 Page Mill Road, Suite 200
6  Palo Alto, CA 94304-1125
   Telephone:  (650) 798-0300
7  Facsimile:   (650) 798-0310

8  Matthew P. Larson (State Bar No. 266936)
   EMAIL: MATTHEW.LARSON@SNRDENTON.COM
9  **SNR DENTON US LLP**
   1301 K Street, NW
10 Suite 600, East Tower
   Washington, D.C. 20005-3364
11 Telephone:  (202) 408-6400
   Facsimile:   (202) 408-6399

12 *Attorneys for Defendants*
   *IPtronics, Inc. and IPtronics A/S*

**IT IS SO ORDERED**
Judge Edward J. Davila
9/21/2012

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD.,<br><br>                              Plaintiff,<br><br>          v.<br><br>IPTRONICS, INC. and IPTRONICS A/S<br><br>                              Defendants. | Case No. 5:10-CV-02863 EJD (PSG)<br><br>**NOTICE TO WITHDRAW JIMMY M. SHIN AS COUNSEL OF RECORD** |

---

NOTICE TO WITHDRAW                                                                     Case No. 5:10-CV-02863 EJD (PSG)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jimmy M. Shin is no longer affiliated with SNR Denton US LLP and is no longer counsel of record for Defendants IPtronics, Inc. and IPtronics A/S in the above-referenced action.

Dated:  September 20, 2012                     Respectfully submitted,

/s/ *Imran A. Khaliq*
Imran A. Khalie
SNR Denton US LLP

Attorney for Defendants
IPTRONICS, INC. and IPTRONICS A/S

# CERTIFICATE OF SERVICE

I, Jocasta Wong, hereby declare:

I am employed in the City and County of Palo Alto, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is SNR Denton US LLP, 1530 Page Mill Road, Suite 200, Palo Alto, California 94304.

On September 20, 2012, the following documents, described as:

**NOTICE TO WITHDRAW JIMMY M. SHIN AS COUNSEL OF RECORD**

to be served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury that the above is true and correct. Executed on September 20, 2012, in Palo Alto, California.

                                              */s/ Jocasta Wong*
                                              Jocasta Wong