Gina A. Bibby (State Bar No. 242657)
Adrienne Hunacek Miller (State Bar No. 274660)
**FOLEY & LARDNER LLP**
EMAIL: GBIBBY@FOLEY.COM
EMAIL: AMILLER@FOLEY.COM
975 Page Mill Road
Palo Alto, CA  94304-1013
Telephone: (650) 856-3700
Facsimile:  (650) 856-3710

Ary Chang (State Bar No. 244247)
**FOLEY & LARDNER LLP**
EMAIL: ACHANG@FOLEY.COM
3579 Valley Centre Drive, Suite 300
San Diego, CA  92130-3302
Telephone: (858) 847-6700
Facsimile:  (858) 792-6773

John C. Vetter (Admitted *Pro Hac Vice*)
Laura Ganoza (Admitted *Pro Hac Vice*)
**FOLEY & LARDNER LLP**
EMAIL: JVETTER@FOLEY.COM
EMAIL: LGANOZA@FOLEY.COM
Two South Biscayne Boulevard, Suite 1900
Miami, FL  33131
Telephone: (305) 382-8400
Facsimile:  (305) 482-8600

Richard S. Florsheim (Admitted *Pro Hac Vice*)
Cynthia J. Franecki (Admitted *Pro Hac Vice*)
**FOLEY & LARDNER LLP**
EMAIL: RFLORSHEIM@FOLEY.COM
EMAIL: CFRANECKI@FOLEY.COM
777 E Wisconsin Avenue
Milwaukee, WI  53202-5306
Telephone: (414) 271-2400
Facsimile:  (414) 297-4900

**ATTORNEYS FOR PLAINTIFFS**
AVAGO TECHNOLOGIES U.S. INC.,
AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,
AVAGO TECHNOLOGIES TRADING LTD., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD., and AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S. INC., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., AVAGO TECHNOLOGIES TRADING LTD., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD., AND AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>IPTRONICS, INC. and IPTRONICS A/S,<br><br>Defendants. | Case No.:  5:10-CV-02863 EJD (PSG)<br><br>**DECLARATION OF ARY CHANG IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED HEARING AND MOTION TO COMPEL RULE 30(B)(6) DEPOSITIONS**<br><br>Judge:          Honorable Paul S. Grewal<br>Courtroom:   5, 4th Floor<br>Hearing Date: November 6, 2012<br>Time:            10:00 a.m. |

I, Ary Chang, hereby declare that:

1. I am an active member in good standing of the State Bar of California, and I am admitted to practice before this Court. I am an attorney at the law firm of Foley & Lardner LLP, and counsel of record for Plaintiffs Avago Technologies U.S. Inc.'s, Avago Technologies General IP (Singapore) Pte. Ltd.'s, Avago Technologies Trading Ltd.'s, Avago Technologies International Sales Pte. Ltd.'s, and Avago Technologies Fiber IP (Singapore) Pte. Ltd.'s (collectively, "Avago" or "Plaintiffs"). I have personal knowledge of the matter stated herein and, if called as a witness, I could and would testify competently thereto. I submit this Declaration in support of Plaintiffs' Motion for Expedited Hearing and Motion to Compel Regarding Rule 30(b)(6) Depositions, filed concurrently herewith.

2. On or about August 21, 2012, the parties met and conferred pursuant to Local Rule 37-1(a) and agreed on the deposition dates of October 3, 2012 through October 5, 2012. Ultimately, the parties agreed to deposition dates of October 3, 2012 and October 4, 2012.

3. The parties could not agree on Defendants' insistence on applying the Hague Convention, the Danish central authority, and/or other treaty or convention and Defendants' continued objections to Plaintiffs' Rule 30(b)(6) deposition notices partially on these grounds.

4. It is Plaintiffs' position that the Federal Rules should apply because Defendants have availed themselves to seeking discovery from Plaintiffs and non-parties under the Federal Rules and have waived the application of the Hague Convention.

5. During the parties' meet and confer on August 21, 2012, I requested that Defendants stipulate to Plaintiffs filing an expedited motion to compel Rule 30(b)(6) depositions. Defendants refused to so stipulate.

6. Attached hereto as **Exhibit A** is a true and correct copy of counsel for Defendants' response to e-mail correspondence I sent on August 21, 2012.

7. It is necessary that the Court rule on this motion expeditiously as Defendants refused to appear, and did not appear, at the noticed Rule 30(b)(6) depositions on October 3 and 4, 2012, and there is nothing to compel Defendants to produce any witness for Rule 30(b)(6) depositions.

8. There have been two previous time modifications in the case. The deadline for IPtronics' Answer to Avago's Complaint was extended to September 27, 2010 pursuant to the stipulation filed on July 27, 2012. On June 3, 2011, the Court granted Avago's Motion to Shorten Time Regarding Motion to Intervene. (D.I. 89 & 96.)

9. An order shortening time for the hearing of Plaintiffs' Motion to Compel Regarding Rule 30(b)(6) Depositions, will not impact the Court's schedule, as close of discovery is not until May 3, 2013 and the hearing for Defendants' Motion for Entry of a Protective Order (D.I. 272) is currently scheduled for November 6, 2012. (D.I. 272 & 263.)

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on the 9th of October, 2012, in San Diego, California.

BY: */S/ ARY CHANG*
    Ary Chang