1  Anthony W. Shaw (admitted *pro hac vice*)
   EMAIL: SHAW.ANTHONY@ARENTFOX.COM
2  **ARENT FOX LLP**
   1050 Connecticut Avenue, NW
3  Washington, D.C. 20036-5339
   Telephone: (202) 857-6000
4  Facsimile: (202) 857-6395

5  Jerrold Abeles (State Bar No. 138464)
   EMAIL: ABELES.JERRY@ARENTFOX.COM
6  **ARENT FOX LLP**
   555 West Fifth Street, 48th Floor
7  Los Angeles, CA 90013
   Telephone: (213) 629-7400
8  Facsimile: (213) 629-7401

9  *Attorney for Defendants/Counterclaimants*
   *IPtronics, Inc. and IPtronics A/S*
10

IT IS SO ORDERED

Judge Edward J. Davila

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

12/11/2012

11

12                 IN THE UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                         SAN JOSE DIVISION

15

16  AVAGO TECHNOLOGIES U.S. INC.,          Case No. 5:10-cv-02863-EJD (PSG)
    AVAGO TECHNOLOGIES GENERAL IP
17  (SINGAPORE) PTE. LTD., AVAGO            **NOTICE OF SUBSTITUTION AND**
    TECHNOLOGIES TRADING LTD.,             **WITHDRAWAL OF COUNSEL**
18  AVAGO TECHNOLOGIES
    INTERNATIONAL SALES, PTE. LTD.
19  AND AVAGO TECHNOLOGIES FIBER
    IP (SINGAPORE) PTE. LTD.
20
                Plaintiffs,
21
          vs.
22
    IPTRONICS INC. and IPTRONICS A/S,
23
                Defendants.
24

25

26

27  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

28          PLEASE TAKE NOTICE that the law firm of Arent Fox LLP hereby makes its appearance

1    as counsel of record for Defendants IPtronics, Inc. and IPtronics A/S ("IPtronics") in the above-

2    captioned action, in substitution for the law firm of SNR Denton US LLP.

3        PLEASE TAKE FURTHER NOTICE that counsel Richard Allan Horning, Dana J.

4    Finberg, Arthur S. Beeman, Imran A. Khaliq, and Matthew P. Larson of SNR Denton US LLP

5    hereby withdraw as counsel of record for Defendants/Counterclaimants in the above-captioned

6    action.

7

8

9                                  Respectfully submitted,

10    Dated:  December 3, 2012           By: /s/ *Anthony W. Shaw*

11                                  Anthony W. Shaw
                                    Arent Fox LLP

12                                  Attorney for Defendants/Counterclaimants
                                 IPTRONICS, INC. and IPTRONICS A/S

13

14

15    Dated:  December 3, 2012           By: /s/ *Richard Allan Horning*

16                                  Richard Allan Horning
                                 Dana J. Finberg

17                                  Arthur S. Beeman
                                 Imran A. Khaliq

18                                  Matthew P. Larson
                                 SNR Denton US LLP

19                                  Attorney for Defendants/Counterclaimants
                                 IPTRONICS, INC. and IPTRONICS A/S

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on December 3, 2012, I caused the following document(s):

3

**NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

4

to be served on the following parties by electronic transmission to the e-mail addresses listed

5

below:

6

**Shawn E. McDonald (State Bar No. 237580)**
**Gina A. Bibby (State Bar No. 242657)**

7

**FOLEY & LARDNER LLP**
**SEMCDONALD@FOLEY.COM**

8

**EMAIL: GBIBBY@FOLEY.COM**
**975 Page Mill Road**

9

**Palo Alto, CA  94304-1013**

10

**Ary Chang (State Bar No. 244247)**

11

**FOLEY & LARDNER LLP**
**EMAIL: ACHANG@FOLEY.COM**

12

**3579 Valley Centre Drive, Suite 300**
**San Diego, CA  92130**

13

**Rick S. Florsheim (Admitted Pro Hac Vice)**

14

**Cynthia J. Franecki (Admitted Pro Hac Vice)**
**FOLEY & LARDNER LLP**

15

**EMAIL: RFLORSHEIM@FOLEY.COM**
**EMAIL: CFRANECKI@FOLEY.COM**

16

**777 E Wisconsin Avenue**

17

**Milwaukee, WI  53202-5306**

18

**John C. Vetter (Admitted Pro Hac Vice)**

19

**FOLEY & LARDNER LLP**
**EMAIL: JVETTER@FOLEY.COM**

20

**One South Biscayne Boulevard, Suite 1900**
**Miami, FL  33151**

21

**Attorneys for Plaintiff**
**Avago Technologies Fiber IP (Singapore) Pte. Ltd.**

22

I declare under penalty of perjury that the above is true and correct.  Executed on December

23

3, 2012, in Washington, D.C.

24

25

*/s/ Matthew P. Larson*

26

Matthew P. Larson

27

28