UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S. Inc., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>IPTRONICS, INC. and IPTRONICS A/S,<br><br>Defendants. | Case No. 5:10-CV-02863-EJD (PSG)<br><br>[PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE PURSUANT TO COURT'S ORDER (DKT. NO. 370)<br><br>Judge: Hon. Edward J. Davila |

The Court having been notified that in the matter of *Certain Optoelectronic Devices for Fiber Optic Communications, Components Thereof, and Products Containing the Same*, United States International Trade Commission Investigation No. 337-TA-860, the Administrative Law Judge Theodore R. Essex issued Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bond (December 13, 2013),

IT IS SO ORDERED THAT:

The Case Management Conference is scheduled for ___2/7___, 2014, at 10:00 a.m., at 280 South 1st Street, San Jose, CA 95113, Courtroom 4 – 5th Floor. The parties shall file a ***Joint*** Case Management Statement on or before 1/31/2014.

Dated: __December 26__, 201_3_.

_____
EDWARD J. DAVILA
United States District Court Judge

[Proposed] Order Setting Case Management Conference
Case No. 5:10-CV-02863-EJD (PSG)

4825-1624-6807.1