**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S. INC., ET AL., ) | Case No.: 5:10-CV-02863-EJD |
| Plaintiffs, ) | **ORDER EXTENDING STAY** |
| v. ) | |
| IPTRONICS, INC., ET AL. ) | |
| Defendants. ) | |

This matter is currently set for a Case Management Conference on February 7, 2014. Having reviewed the parties' Joint Case Management Conference Statement, Dkt. Item No. 382, and considering the current status of the case, the Court finds it appropriate to extend the previously-imposed stay. Accordingly the Case Management Conference is hereby VACATED and this case is STAYED in its entirety pending final resolution of the ITC investigation, In re Matter of Certain Optoelectronic Devices for Fiber Optic Commc'ns, Inv. No. 337-TA-860, including any appeals.

The parties shall submit a joint status report by no later than August 1, 2014 apprising the court of the status of the ITC investigation. The parties shall provide notice to the court within ten days of final resolution of the matter. In their notice, the parties shall request that this case be reopened and that a case management conference be scheduled.

**IT IS SO ORDERED**

Dated: February 15, 2013

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:10-CV-02863-EJD
ORDER EXTENDING STAY