IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S. INC, et. al., <br><br> Plaintiff(s), <br> v. <br> IPTRONICS, INC., et. al., <br><br> Defendant(s). | CASE NO. 5:10-cv-02863 EJD <br><br> **ORDER DIRECTING CLERK TO REOPEN CASE; SETTING CASE MANAGEMENT CONFERENCE** |

Having reviewed the Joint Notice filed June 26, 2014 (see Docket Item No. 385), and in light of the information contained therein, the Clerk is directed to REOPEN this file.

The court schedules this action for a Case Management Conference at **10:00 a.m. on August 15, 2014.** The parties shall file a Joint Case Management Conference Statement which complies with this district's Standing Order for such statements on or before **August 8, 2014.**

**IT IS SO ORDERED.**

Dated: July 23, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:10-cv-02863 EJD
ORDER DIRECTING CLERK TO REOPEN CASE; SETTING CASE MANAGEMENT CONFERENCE