UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S. INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> IPTRONICS, INC., ET AL. <br><br> Defendants. | Case No.: 5:10-CV-02863-EJD <br><br> **ORDER STRIKING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

This matter is currently set for a Case Management Conference on August 15, 2014. The court is in receipt of the parties' Joint Case Management Conference Statement, Docket Item No. 389, and has determined that this statement is significantly out of compliance with its standing orders. Accordingly the court hereby STRIKES the parties' Joint Case Management Conference Statement. The court further ORDERS the parties to file a Joint Case Management Conference Statement in compliance with this court's standing orders by no later than **5:00 pm** on **Tuesday, August 12, 2014.** A copy of this court's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the links for "Standing Order For All Judges Of The Northern District Of California" and "Standing Order for Patent Cases."

**IT IS SO ORDERED**

Dated: August 12, 2014

EDWARD J. DAVILA
United States District Judge