Ryan W. Koppelman (State Bar No. 290704)
ryan.koppelman@alston.com
Xavier Brandwajn (State Bar No. 246218)
xavier.brandwajn@alston.com
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303
Telephone:  650-838-2000
Facsimile:   650-838-2001

Mike Connor (*pro hac vice*)
mike.connor@alston.com
**ALSTON & BIRD LLP**
Bank of America Plaza
101 S. Tyron Street, Suite 4000
Charlotte, NC  28280
Telephone:  704-444-1000
Facsimile:   704-444-1111

Additional Counsel Listed On Last Page

Attorneys for Defendants and Counterclaimants
MELLANOX TECHNOLOGIES DENMARK APS,
MELLANOX TECHNOLOGIES, INC., MELLANOX
TECHNOLOGIES, LTD. and IPTRONICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES, U.S. INC., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., AVAGO TECHNOLOGIES TRADING LTD., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD., AND AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD.<br><br>        Plaintiffs and Counterclaim-Defendants,<br><br>    v.<br><br>IPTRONICS, INC., MELLANOX TECHNOLOGIES DENMARK APS, MELLANOX TECHNOLOGIES, LTD. and MELLANOX TECHNOLOGIES, INC.<br><br>        Defendants and Counterclaimants. | **CASE NO.  5:10-cv-02863-EJD**<br><br>**NOTICE OF CHANGE OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Lead Counsel for Defendants Steven D. Hemminger, Esq. of Alston & Bird LLP passed away on April 11, 2015.  Mike Connor admitted *Pro Hac Vice* [dkt. 560] will be lead counsel for Defendants in this matter.

PLEASE TAKE NOTICE that Ryan W. Koppelman, of Alston & Bird LLP, 1950 University Avenue, 5th Floor, East Palo Alto, CA 94303, hereby files this Notice of Change of Counsel appearing as counsel of record for Defendants and Counterclaimants Defendants Mellanox Technologies Denmark APS, Mellanox Technologies, Inc., Mellanox Technologies, Ltd. and IPtronics, Inc. in the above-referenced action.

Dated: May 1, 2015              Respectfully submitted,

                                ALSTON & BIRD LLP


                                 /s/   Ryan W. Koppelman
                                Ryan W. Koppelman (State Bar No. 290704)
                                ryan.koppelman@alston.com
                                Xavier Brandwajn (State Bar No. 246218)
                                xavier.brandwajn@alston.com
                                **ALSTON & BIRD LLP**
                                1950 University Avenue, 5th Floor
                                East Palo Alto, CA  94303
                                Telephone:  650-838-2000
                                Facsimile:   650-838-2001

                                Mike Connor (*pro hac vice*)
                                mike.connor@alston.com
                                **ALSTON & BIRD LLP**
                                Bank of America Plaza
                                101 S. Tyron Street, Suite 4000
                                Charlotte, NC  28280
                                Telephone:  704-444-1000
                                Facsimile:   704-444-1111

                                Randall L. Allen (State Bar No. 264067)
                                randall.allen@alston.com
                                B. Parker Miller (*pro hac vice*)
                                parker.miller@alston.com
                                **ALSTON & BIRD LLP**
                                1201 West Peachtree Street
                                Atlanta, GA 30309
                                Telephone: 404-881-7000
                                Facsimile:  404-881-7777

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Defendants and Counterclaimants Mellanox Technologies Denmark APS, Mellanox Technologies, Inc., Mellanox Technologies, Ltd. and IPtronics, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, on behalf of Defendants MELLANOX TECHNOLOGIES DENMARK APS, MELLANOX TECHNOLOGIES, INC., MELLANOX TECHNOLOGIES, LTD. and IPTRONICS, INC., I electronically filed this **NOTICE OF CHANGE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for the Defendants.

Dated: May 1, 2015

*/s/ Ryan W. Koppelman*
Ryan W. Koppelman