UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AVAGO TECHNOLOGIES, INC., et al., | ) | Case No.: 5:10-cv-02863-EJD |
| | ) | |
| Plaintiffs, | ) | **ORDER RE:  MOTION TO SHORTEN** |
| v. | ) | **TIME, MOTION TO COMPEL** |
| | ) | |
| IPTRONICS INC., et al., | ) | **(Re:  Docket Nos. 597, 598)** |
| | ) | |
| Defendants. | ) | |

Avago moves to compel IPtronics' production of evaluation boards[1] and moves to shorten time.[2]  In response, IPtronics contends that before filing its motions Avago failed to meet and confer as required by Civ. L.R. 6-3(a)(2).[3]

The parties' failures to meet and confer have become habitual.[4]  The court therefore orders the parties to meet and confer on the motions in dispute in the undersigned's jury room no later

---

[1] *See* Docket No. 597.

[2] *See* Docket No. 598.

[3] *See* Docket No. 604 at 2.

1

Case No.: 5:10-cv-02863-EJD
ORDER RE:  MOTION TO SHORTEN TIME, MOTION TO COMPEL

than June 12 at 3:30 p.m.  Arrangements may be made by contacting Oscar Rivera, courtroom deputy to the undersigned.  Only after the parties have certified their compliance by declaration will the court entertain any remaining motions at issue.

**SO ORDERED.**

Dated:  June 10, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[4] *See, e.g.*, Docket No. 567.

2

Case No.:  5:10-cv-02863-EJD
ORDER RE:  MOTION TO SHORTEN TIME, MOTION TO COMPEL