UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>IPTRONICS, INC., et al.,<br><br>　　　　Defendants. | Case No. 5:10-cv-02863-EJD<br><br>**ORDER RE: MOTION FOR PARTIAL RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 621 |

　　　　Pursuant to Civil Local Rule 72-2, Defendants shall file their written opposition to Plaintiff's Motion for Partial Relief from Non-Dispositive Pretrial Order of Magistrate Judge (Docket Item No. 621), if any, on or before **July 22, 2015**.  Any opposition brief shall not exceed five pages in length.  No reply brief shall be filed or considered.  The Motion will then be deemed submitted for decision and the court will issue an order based on the pleadings.

**IT IS SO ORDERED.**

Dated: July 8, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:10-cv-02863-EJD
ORDER RE: MOTION FOR PARTIAL RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE