1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVAGO TECHNOLOGIES, U.S. INC., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PET. LTD., AVAGO TECHNOLOGIES TRADING LTD., AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>IPTRONICS INC., MELLANOX TECHNOLOGIES DENMARK APS, MELLANOX TECHNOLOGIES, INC., and MELLANOX TECHNOLOGIES, LTD.<br><br>    Defendants and Counterclaimants. | **CASE NO.  5:10-cv-02863-EJD (PSG)**<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION RE: MOTION TO SEAL (D.I. 632)** |

1      On July 14, 2015, Defendants and Counterclaimants IPTRONICS, INC., MELLANOX
2  TECHNOLOGIES DENMARK APS, MELLANOX TECHNOLOGIES, INC., and MELLANOX
3  TECHNOLOGIES, LTD. ("Defendants") filed a Motion for Partial Reconsideration of the Court's
4  July 10, 2015 Order Re: Motion to Seal (D.I. 632).  Having considered the papers and arguments
5  submitted by the parties in connection with the Motion for Partial Reconsideration and good cause
6  appearing, the Court hereby **GRANTS** Defendants' Motion.
7      IT IS HEREBY ORDERED THAT the following documents are to be FILED UNDER
8  SEAL:

| Document | Portions Containing Confidential Information |
|---|---|
| Exhibit A to the Declaration of Xavier M. Brandwajn in Support of Defendants' Opposition | Highlighted portions at 118:21, 118:24, 119:3, 119:6, 119:19, and 120:22 |

The court notes IPtronics has not submitted an Exhibit A with any highlights as indicated.  Finding their line requests nonetheless narrowly tailored to confidential business information, IPtronics' renewed motion to file under seal  is GRANTED.    **IT IS SO ORDERED.**

Dated:   July 15         , 2015

*[signature]*
Honorable Paul S. Grewal
United States Magistrate Judge