**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES, INC., et al.,          ) | Case No.: 5:10-cv-02863-EJD |
| )| |
| Plaintiffs,     ) | **ORDER RE:  RESPONSE** |
| v.                               ) | |
| ) | **(Re:  Docket No.  659)** |
| IPTRONICS INC., et al.,                         ) | |
| ) | |
| Defendants.    ) | |
| _____) | |

Plaintiffs Avago Technologies, Inc. et al. request an order granting Avago's application for issuance of a supplemental request for international judicial assistance.[1]  Defendants IPtronics, Inc. et al. shall respond by August 4, 2015 at 5:00 p.m.

**SO ORDERED.**

Dated:  August 3, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 659.

1

Case No.:  5:10-cv-02863-EJD
ORDER RE:  RESPONSE