Shawn E. McDonald (State Bar No. 237580)
**FOLEY & LARDNER LLP**
EMAIL: SEMCDONALD@FOLEY.COM
975 Page Mill Road
Palo Alto, CA  94304-1013
Telephone: (650) 856-3700
Facsimile:  (650) 856-3710

Nancy L. Stagg (State Bar No. 157034)
Ary Chang (State Bar No. 244247)
Wendy W. Cheung (State Bar No. 285802)
Steven M. Millendorf (State Bar No. 292704)
**FOLEY & LARDNER LLP**
EMAIL: NSTAGG@FOLEY.COM
EMAIL: ACHANG@FOLEY.COM
EMAIL: WCHEUNG@FOLEY.COM
EMAIL: SMILLENDORF@FOLEY.COM
3579 Valley Centre Drive, Suite 300
San Diego, CA  92130
Telephone: (858) 847-6732
Facsimile:  (858) 792-6773

John C. Vetter (Admitted *Pro Hac Vice*)
**FOLEY & LARDNER LLP**
EMAIL: JVETTER@FOLEY.COM
Two South Biscayne Boulevard, Suite 1900
Miami, FL  33131
Telephone: (305) 382-8424
Facsimile:  (305) 482-8600

Richard S. Florsheim (*Admitted Pro Hac Vice*)
**FOLEY & LARDNER LLP**
EMAIL: RFLORSHEIM@FOLEY.COM
777 E Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4900

Attorneys for Plaintiffs
AVAGO TECHNOLOGIES U.S. INC., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., AVAGO TECHNOLOGIES TRADING LTD., AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S. INC., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., AVAGO TECHNOLOGIES TRADING LTD., AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>IPTRONICS INC., MELLANOX TECHNOLOGIES DENMARK APS, MELLANOX TECHNOLOGIES, INC., and MELLANOX TECHNOLOGIES, LTD.,<br><br>Defendants. | Case No.:  5:10-CV-02863-EJD (PSG)<br><br>**SUPPLEMENTAL REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS** |

1. **Sender**

   The Honorable Paul S. Grewal
   United States Magistrate Judge
   United States District Court for the Northern District of California
   San Jose Division
   280 South 1st Street
   San Jose, CA 95113
   United States of America

2. **Central Authority of the Requested State**

   Ministère de la Justice
   13 Place Vendôme
   75042 Paris Cedex 01
   FRANCE

3. **Person to Whom the Executed Request is to be Returned**

   Alexandra Neri
   Partner-IP/TMT Department
   Herbert Smith Freehills Paris LLP
   66 avenue Marceau
   75008 PARIS
   T: +33 (0)1 53 57 78 30
   F: +33 (0)1 53 57 70 80
   Alexandra.Neri@hsf.com

4. **Specification of the Date by Which the Requesting Authority Requires Receipt of the Response to the Letter Request**

   As soon as reasonably practicable.

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOR TO SUBMIT THE FOLLOWING SUPPLEMENTAL REQUEST:**

5. a.   **Requesting Judicial Authority (Art. 3(a))**

   United States District Court for the Northern District of California
   San Jose Division
   280 South 1st Street
   San Jose, CA 95113
   United States of America

   b.   **To the Competent Authority of (Art. 3(a))**

   The Central Authority of France

c.  **Name of the Case and Any Identifying Number**

*Avago Technologies Fiber IP (Singapore) Pte. Ltd., et al. v. IPtronics, Inc. and IPtronics A/S*; Case Number 5:10-CV-02863 EJD (PSG), United States District Court for the Northern District of California.

**6. Clarification of Initial Letter of Request**

On July 21, 2015, the Court granted Avago's Application for Request for International Judicial Assistance (the "Application") (Dkt. No. 636) and executed Avago's Letter Request to the Central Authority of France.  The undersigned Judicial Authority has been informed that, on or about July 28, 2015, the Central Authority indicated that it would prefer that the Judicial Authority nominate a specific commissioner for appointment to preside over the taking of evidence in France pursuant to the Letter Request.  Accordingly, the undersigned Judicial Authority hereby nominates the following person for the position of commissioner in the above-cited case:

> Ms. Sylvie Mandel,
> *Conseiller honoraire* at the *Cour de cassation* [French Supreme Court]
> Residing at:  47 rue Saint André des Arts Paris 75007
> Telephone: +33146331880

In this capacity, Ms. Sylvie Mandel would have broad powers to undertake the measures that have previously been defined under the conditions set forth in points 10 to 17 of the letter rogatory dated of the 21 July 2015; no changes are made to any of the other points.

The examination will take place at the offices of Herbert Smith Freehills Paris – 66 avenue Marceau Paris 75008.

Date of  Request:                August  _5_ , 2015

Signature and Seal of
Requesting Authority            _____
                                Honorable Paul S. Grewal
                                U.S. Magistrate Judge

2
**SUPPLEMENTAL REQUEST FOR INT'L JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD**
CASE NO. 5:10-CV-02863-EJD (PSG)