[COUNSEL LISTED ON THE LAST PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES, U.S. INC., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PET. LTD., AVAGO TECHNOLOGIES TRADING LTD., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD., AND AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD.,<br><br>      Plaintiff and Counterclaim Defendants,<br><br>            vs.<br><br>IPTRONICS INC., MELLANOX TECHNOLOGIES DENMARK APS, MELLANOX TECHNOLOGIES, LTD. and MELLANOX TECHNOLOGIES, INC,<br><br>      Defendants and Counterclaimants. | Case No. 5:10-cv-02863-EJD (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

Plaintiffs Avago Technologies U.S. Inc., Avago Technologies General IP (Singapore) Pte. Ltd., Avago Technologies Trading Ltd., and Avago Technologies International Sales Pte. Ltd. (collectively, "Avago"), and Defendants IPtronics Inc., Mellanox Technologies Denmark APS, Mellanox Technologies, Inc., and Mellanox Technologies, Ltd. (collectively "Defendants") by and through their respective counsel of record, hereby jointly submit the following Stipulation in the above-entitled action, with regard to Avago's Motion to Compel the Production of Documents (D.N. 737):

1.   The parties agree that, by September 4th, Defendants will produce, in the East Palo Alto office

of Alston & Bird, all full, complete hierarchical netlists for the accused products (except for transistor model information from STMicro) in the possession custody or control of defendants in standard SPICE or SPECTRE modeling format, as .scs or other text-format native files.  If Defendants' production occurs after September 4th, then Avago and Defendants stipulate that the deadline for Avago's technical experts to serve their reports addressing the accused products should be extended by that same number of days, and the parties stipulate that they shall seek such leave from the Court by stipulation.  Defendants will load these files onto a computer provided by Avago, onto which Avago will have loaded software to perform simulation and modeling of the accused products.  Avago's technical expert, Mr. Peterson, will then use this Avago-provided computer to perform modeling and simulation analyses using the netlists.  Mr. Peterson will be permitted to load additional software onto the Avago-provided computer after it has been provided to Alston & Bird, should he desire to do so.  Mr. Peterson will be permitted to create .pdf files reflecting his simulation and modeling analyses and their results, but not the net lists themselves.  Defendants' counsel will transfer those .pdf files to a portable memory drive that will be provided to Mr. Peterson before he leaves the inspection facility that day.  These .pdf files will be retained by Mr. Peterson and can be removed from the inspection facility, and will be retained as Highly Confidential information in accordance with the Protective Order.  The existing computer containing the documents that Defendants have previously presented for inspection will also be available to Mr. Peterson for his continued inspection simultaneous with, and in the same room at Alston & Bird as, his simulation and modeling analyses described above.

2. The parties agree that Avago's counsel and experts will be permitted to continue to inspect the documents Defendants have previously presented for inspection, and the documents described above, and to perform the simulation and modeling work described above, throughout the period ending two weeks after the deposition of Defendants' technical expert or experts who opine on infringement, or two weeks after the close of expert discovery, whichever is sooner.   At the conclusion of this period, Defendants shall retain custody of the Avago-provided computer and

retain all data stored thereon, through trial and any appeal, but Defendants shall not use the modeling and simulation software installed on that computer by Avago.

3. Avago also seeks from Defendants the production of circuit-component device models in a conventional format (BSIM 3v3 if available, for the MOS models; HICUM models if available for the bipolar devices), in native format, and in conventional format (SPICE if available, for diode models, etc.).  Defendants contend that they cannot produce this information, absent STMicro's consent, which STMicro has refused to provide, or a court order.  The parties wish to present this issue to the Court this afternoon.

**NOW, THEREFORE,** the Parties, after conferring, hereby stipulate to, and jointly request that the Court order the relief specified above.

Respectfully submitted,

Dated:  September 1, 2015

FOLEY & LARDNER LLP

By:   _/s/ Richard S. Florsheim_
        Richard S. Florsheim

ATTORNEYS FOR PLAINTIFFS
Avago Technologies U.S. Inc., Avago Technologies General IP (Singapore) Pte. Ltd., Avago Technologies Trading Ltd., and Avago Technologies International Sales Pte. Ltd

Dated:  September 1, 2015

ALSTON & BIRD

By:   _/s/ Michael S. Connor_
        Michael S. Connor

ATTORNEYS FOR DEFENDANTS
Mellanox Technologies Denmark ApS, IPtronics, Inc., Mellanox Technologies, Ltd. and Mellanox Technologies, Inc.

1

## <u>DECLARATION OF CONSENT</u>

2      The undersigned filer attests, pursuant to Civil Local Rile 5-1(i)(3), that the concurrence in the

3  filing of the document has been obtained from the other signatories to this document.

4

5

6  Dated:  September 1, 2015                By:   /s/ Richard S. Florsheim
                                                 Richard S. Florsheim

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## __ORDER__

2      Pursuant to the Stipulation, and GOOD CAUSE APPEARING,

3      **IT IS SO ORDERED.**

4

5   Date: _September 24, 2015_                    _____

6                                                Hon. Paul S. Grewal
                                                 United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO
Case No. 5:10-cv-02863-EJD (PSG)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 1, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

By:   <u>*/s/ Richard S. Florsheim*</u>
      Richard S. Florsheim

Shawn E. McDonald (State Bar No.  237580)
FOLEY & LARDNER LLP
email: semcdonald@foley.com
975 Page Mill Road
Palo Alto, CA  94304-1013
Telephone:  (650) 856-3700
Facsimile:  (650) 856-3710

Nancy L. Stagg (State Bar No. 157034)
Ary Chang (State Bar No. 244247)
FOLEY & LARDNER LLP
email: achang@foley.com
email: nstagg@foley.com
3579 Valley Centre Drive, Suite 300
San Diego, CA  92130
Telephone: (858) 847-6732
Facsimile:  (858) 792-6773

John C. Vetter (*Admitted Pro Hac Vice*)          Richard S. Florsheim (*Admitted Pro Hac Vice*)
FOLEY & LARDNER LLP                                FOLEY & LARDNER LLP
email: jvetter@foley.com                           email: rflorsheim@foley.com
Two South Biscayne Boulevard, Suite 1900           777 E Wisconsin Avenue
Miami, FL  33131                                   Milwaukee, WI 53202
Telephone: (305) 382-8424                          Telephone: (414) 271-2400
Facsimile:  (305) 482-8600                         Facsimile: (414) 297-4900

Attorneys for Plaintiffs and Counter-Defendants
AVAGO TECHNOLOGIES U.S. INC., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE)
PTE. LTD., AVAGO TECHNOLOGIES TRADING LTD., AND AVAGO TECHNOLOGIES
INTERNATIONAL SALES PTE. LTD.

Xavier Brandwajn (State Bar No. 246218)
email: xavier.brandwajn@alston.com
Timothy Watson (State Bar No. 293774)
Tim.watson@alston.com
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone:     (650) 838-2000
Facsimile:     (650) 838-2001

Randall L. Allen (State Bar No. 264067)
randall.allen@alston.com
B. Parker Miller (*Admitted Pro Hac Vice*)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     (404) 881-7000
Facsimile:     (404) 881-7777

Thomas W. Davison (Admitted Pro Hac Vice)
Tom.davison@alston.com
Alston & Bird LLP
950 F Street, NW
Washington, DC  2004-1404

Attorneys for Defendants and Counter-Claimants
IPTRONICS INC., MELLANOX TECHNOLOGIES DENMARK APS, MELLANOX
TECHNOLOGIES, LTD. and MELLANOX TECHNOLOGIES, INC.