UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>IPTRONICS INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 5:10-cv-02863-EJD<br><br>**ORDER VACATING ORDERS GRANTING ISSUANCE OF LETTER REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE**<br><br>**(Re:  Docket No. 760)** |

Because Plaintiffs have obtained discovery from third party STMicroelectronics, the court vacates its previous orders granting issuance of letter requests for international judicial assistance.[1]  Judge Mandel is relieved of any further responsibilities.

**SO ORDERED.**

Dated:  September 28, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket Nos. 636, 685.

1

Case No.:  5:10-cv-02863-EJD
ORDER VACATING ORDERS GRANTING ISSUANCE OF LETTER REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE