UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>IPTRONICS INC., et al.,<br><br>　　　　　　Defendants. | Case No. 5:10-cv-02863-EJD<br><br>**ORDER GRANTING-IN-PART MOTION TO SHORTEN TIME**<br><br>**(Re:  Docket No. 787)** |

The court has considered Defendants Mellanox Technologies Denmark APS and IPtronics, Inc.'s Motion to Shorten Time[1] on their Motion to Strike Plaintiff Avago's Supplemental Expert Report of Harry Peterson.[2]  Defendants' motion is GRANTED-IN-PART as follows:

1. Avago shall file any opposition to the motion to strike by 12:00 p.m. on Monday, November 23, 2015.

2. No reply shall be filed.

3. No hearing shall be held.

**SO ORDERED.**

Dated: November 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 787.

[2] *See* Docket No. 786.

Case No. 5:10-cv-02863-EJD
ORDER GRANTING-IN-PART MOTION TO SHORTEN TIME