1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 AVAGO TECHNOLOGIES FIBER IP
(SINGAPORE) PTE. LTD., et al.,

Case No. 5:10-cv-02863-EJD

8 **ORDER GRANTING SUPPLEMENTAL
ATTORNEY'S FEES**

Plaintiffs,

9

**(Re:  Docket No. 593)**

v.

10

11 IPTRONICS INC., et al.,

Defendants.

12

13      Last May, the court granted-in-part Defendants IPtronics, Inc. et al.'s motion for sanctions

14 against Plaintiffs Avago Technologies, Inc. et al. and awarded IPtronics its reasonable fees and

15 costs as required by Fed. R. Civ. P. 37(b)(2)(C).[1]  At that time, IPtronics had not yet calculated its

16 fees and costs incurred in reviewing Avago's opposing papers, preparing IPtronics' reply and

17 preparing for and attending the hearing on the motion for sanctions, so the court granted IPtronics

18 leave to file a supplemental declaration on this information.[2]  IPtronics filed its supplemental

19 declaration and requests the following attorney's fees and costs:

20

21

22

23

24

25

26 [1] *See* Docket No. 580 at 10-11.

27 [2] *See id.* at 10, 10 n.55.

28
Case No. 5:10-cv-02863-EJD
ORDER GRANTING SUPPLEMENTAL ATTORNEY'S FEES

1

United States District Court
Northern District of California

| | |
|---|---|
| Attorney's fees incurred in connection with reviewing Avago's opposition to IPtronics' motion for sanctions | $1,029.60[3] |
| Attorney's fees incurred in preparing IPtronics' reply brief in support of its motion for sanctions | $17,542.80[4] |
| Attorney's fees incurred in preparing for and attending the May 5, 2015 hearing on IPtronics' motion for sanctions | $9,590.00[5] |
| **Total** | **$28,162.40** |

IPtronics' request for its supplemental fees is GRANTED.  Avago shall pay these fees by

December 30, 2015.

**SO ORDERED.**

Dated: December 18, 2015

PAUL S. GREWAL
United States Magistrate Judge

---

[3] *See* Docket No. 593 at ¶ 6.

[4] *Id.* at ¶ 9.

[5] *Id.* at ¶ 10.

Case No. 5:10-cv-02863-EJD
ORDER GRANTING SUPPLEMENTAL ATTORNEY'S FEES