UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>IPTRONICS INC., et al.,<br><br>Defendants. | Case No. 5:10-cv-02863-EJD<br><br>**ORDER DENYING MOTION TO STRIKE**<br><br>**(Re: Docket No. 815)** |

Plaintiffs Avago Technologies, Inc. et al. move to strike portions of Mr. Michael J. Lasinski's expert report.[1] Lasinski is an expert for Defendants IPtronics, Inc. et al.[2] Avago's motion is DENIED as untimely.

Last February, the presiding judge set a November 24, 2015 deadline for filing expert discovery motions.[3] This was Avago's requested deadline; IPtronics sought an earlier deadline.[4] As discovery proceeded, the parties stipulated to extensions of various expert discovery deadlines.[5] However, none of the stipulations addressed the deadline for filing expert discovery motions, which thus remained November 24, 2015.

---

[1] *See* Docket No. 815.

[2] *See id.* at 1.

[3] *See* Docket No. 522 at 7.

[4] *See id.* at 2.

[5] *See* Docket No. 762 (extending deadline for expert disclosures on damages); Docket No. 774 (extending deadlines for expert discovery on damages and Defendants' rebuttal expert disclosures on damages); Docket No. 777 (extending close of expert discovery on all issues) .

1
Case No. 5:10-cv-02863-EJD
ORDER DENYING MOTION TO STRIKE

1  Avago filed its motion to strike on December 14, 2015, and so the motion is untimely
2  under the presiding judge's scheduling order. Avago argues that its motion is timely under Civ.
3  L.R. 37-3.[6] Civ. L.R. 37-3 governs motions to compel, however, and does not apply to this
4  motion to strike. Because Avago's motion is untimely under the scheduling order issued by the
5  presiding judge, the undersigned may not consider this motion. Any request for relief from the
6  scheduling order must be directed to the presiding judge.

**SO ORDERED.**

Dated: January 19, 2016

PAUL S. GREWAL
United States Magistrate Judge

---

[6] *See* Docket No. 815 at 4.

Case No. 5:10-cv-02863-EJD
ORDER DENYING MOTION TO STRIKE

2