1  [Counsel listed on the last page]



IT IS SO ORDERED

Judge Edward J. Davila

DATED: 3/9/2016

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S. INC., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., AVAGO TECHNOLOGIES TRADING LTD., AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> IPTRONICS INC., MELLANOX TECHNOLOGIES DENMARK APS, MELLANOX TECHNOLOGIES, INC., and MELLANOX TECHNOLOGIES, LTD., <br><br> Defendants. | Case No.: 5:10-CV-02863-EJD (PSG) <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Each of the parties, by and through their attorneys, hereby stipulates to the dismissal with prejudice of this action, including all claims alleged in the Fourth Amended and Supplemental Complaint and all counterclaims alleged in the answers thereto, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

The Clerk shall close this file.

Dated:  March 8, 2016                               Respectfully submitted,

FOLEY & LARDNER LLP


By:   */s/ John C. Vetter*
         John C. Vetter
         Jeffrey N. Costakos
         Nancy L. Stagg
         Shawn E. McDonald
         Ary Chang
         Wendy W. Cheung

Attorneys for Plaintiffs and Counter-Defendant
AVAGO TECHNOLOGIES U.S., *ET AL.*


Dated:  March 8, 2016                               Respectfully submitted,

ALSTON & BIRD LLP


By:   */s/ Ryan W. Koppelman*
         Mike Connor
         Ryan W. Koppelman
         Xavier Brandwajn
         Frank Smith
         Randall L. Allen
         B. Parker Miller


Attorneys for Defendants and Counterclaimants
Mellanox Technologies Denmark APS, Mellanox Technologies, Inc., Mellanox Technologies, Ltd. and IPtronics, Inc.

---

1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)
CASE NO. 5:10-CV-02863-EJD (PSG)

4844-0128-0302.2

**DECLARATION OF CONSENT**

The undersigned filer attests, pursuant to the Civil L.R. 5-1(i)(3), that concurrence in the filing of the document has been obtained from the other signatories to this document.

Dated: March 8, 2016         By:   */s/ John C. Vetter*
                                           John C. Vetter

Shawn E. McDonald (State Bar No. 237580)
**FOLEY & LARDNER LLP**
EMAIL: SEMCDONALD@FOLEY.COM
975 Page Mill Road
Palo Alto, CA  94304-1013
Telephone: (650) 856-3700
Facsimile:  (650) 856-3710

Nancy L. Stagg (State Bar No. 157034)
Ary Chang (State Bar No. 244247)
Wendy W. Cheung (State Bar No. 285802)
**FOLEY & LARDNER LLP**
EMAIL: NSTAGG@FOLEY.COM
EMAIL: ACHANG@FOLEY.COM
EMAIL: WCHEUNG@FOLEY.COM
3579 Valley Centre Drive, Suite 300
San Diego, CA  92130
Telephone: (858) 847-6732
Facsimile:  (858) 792-6773

John C. Vetter (Admitted *Pro Hac Vice*)
**FOLEY & LARDNER LLP**
EMAIL: JVETTER@FOLEY.COM
Two South Biscayne Boulevard, Suite 1900
Miami, FL  33131
Telephone: (305) 382-8424
Facsimile:  (305) 482-8600

Jeffrey N. Costakos (Admitted *Pro Hac Vice*)
**FOLEY & LARDNER LLP**
EMAIL: JCOSTAKOS@FOLEY.COM
777 E Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4900

Attorneys for Plaintiffs and Counter-Defendants
AVAGO TECHNOLOGIES U.S. INC., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., AVAGO TECHNOLOGIES TRADING LTD., AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.

Ryan W. Koppelman (State Bar No. 290704)
email: ryan.koppelman@alston.com
Xavier Brandwajn (State Bar No. 246218)
email: xavier.brandwajn@alston.com
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone:     (650) 838-2000
Facsimile:     (650) 838-2001

Mike Connor (Admitted *pro hac vice*)
mike.connor@alston.com
**ALSTON & BIRD LLP**
Bank of America Plaza
101 S. Tyron Street, Suite 4000
Charlotte, NC 28280
Telephone: 704-444-1000
Facsimile: 704-444-1111

Frank Smith (Admitted *pro hac vice*)
frank.smith@alston.com
Randall L. Allen (State Bar No. 264067)
randall.allen@alston.com
B. Parker Miller (Admitted *Pro Hac Vice*)
parker.miller@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     (404) 881-7000
Facsimile:     (404) 881-7777

Attorneys for Defendants and Counter-Claimants
IPTRONICS INC., MELLANOX TECHNOLOGIES DENMARK APS, MELLANOX TECHNOLOGIES, LTD. and MELLANOX TECHNOLOGIES, INC

3
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)
CASE NO. 5:10-CV-02863-EJD (PSG)

4844-0128-0302.2